**STATE of Missouri, Respondent,**

v.

**Stephen HENDERSON, Appellant.**

**No. 65186.**

Missouri Court of Appeals,
Eastern District,
Division Four.

March 21, 1995.

N. Scott Rosenblum, Ramona L. Marten, Wittner, Poger, Rosenblum & Spewak, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., David G. Brown, Asst. Atty. Gen., Jefferson City, for respondent.

Before AHRENS, P.J., and SIMON and KAROHL, JJ.

### ORDER

PER CURIAM.

Defendant appeals the judgment of conviction of selling a controlled substance in violation of § 195.211. Defendant was sentenced to ten years imprisonment.

No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).

■

**Joseph HILL, Petitioner/Appellant,**

v.

**Martin CORCORAN, et al.,
Respondents/Respondents.**

**No. 67101.**

Missouri Court of Appeals,
Eastern District,
Division One.

March 21, 1995.

Rick Barry, Clayton, for appellant.

Craig Biesterfield, Robert Schulz, St. Louis, for respondents.

Before REINHARD, P.J., and GARY M. GAERTNER and CRAHAN, JJ.

### ORDER

PER CURIAM.

Joseph Hill, Petitioner, appeals from the denial of his application to recover disability benefits from the City of Maplewood's Policemen's and Firemen's Retirement Fund, claiming total and permanent disability from a duty-related injury. The Board of Trustees denied Petitioner's claim, finding Petitioner's injury was not sustained while performing his duties as a fireman. The Board's decision was affirmed by the Circuit Court. We affirm.

We have reviewed the briefs and the record on appeal and find the decision is supported by competent and substantial evidence on the whole record. An opinion reciting the detailed facts and restating the principles of law would have no precedential value. We affirm in accordance with Rule 84.16(b).